E-Filed - JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5692-GHK (JCx) | Date | September 18, 2009 |
|---|---|---|---|
| Title | *Yanira Osorio Soriano v. ING Bank FSB* | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Beatrice Herrera | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    (In Chambers) Order re: Order to Show Cause

   On June 15, 2009, Plaintiff Yanira Osorio Soriano ("Plaintiff") filed the above-captioned Complaint against Defendant ING Bank FSB ("Defendant") in California state court. On August 4, 2009, Defendant filed a Notice of Removal in this Court. The Notice of Removal, as amended by the August 7, 2009 Notice of Errata to Notice of Removal, asserts diversity jurisdiction as the basis for removal. On September 3, 2009, we ordered Defendant to show cause, in writing, within twelve (12) days thereof, why this case should not be remanded to state court for lack of subject matter jurisdiction. Defendant failed to file a response by September 15, 2009 and informs us now that it does not intend to file any response to our Order to Show Cause ("Order"). As we stated in our Order, Defendant's failure to timely and adequately show cause as required shall be deemed Defendant's admission that this Court lacks subject matter jurisdiction.

   Accordingly, finding that subject matter jurisdiction is lacking, we hereby **REMAND** this action to the state court from whence it was removed.

   **IT IS SO ORDERED.**

|  | -- | : | -- |
|---|---|---|---|
|  | Initials of Deputy Clerk | | Bea |